IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERTO I. LOPEZ,
a/k/a MIGUEL A. DOTEL SIERRA,

JUDGMENT IN A CIVIL CASE

    Petitioner,

Case No. 16-cv-754-wmc

v.

MICHAEL DITTMANN,
Warden, Columbia Correctional
Institution,

    Respondent.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Roberto I. Lopez's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

/s/                                              5/15/2018

Peter Oppeneer, Clerk of Court              Date